Scott F. Kocher, OSB 015088
scott@forumlawgroup.com
FORUM LAW GROUP LLC
811 Naito Parkway, Suite 420
Portland, OR 97204
Tel: (503) 445-2102/Fax: (503) 445-2120

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DISCOVERY GLOBAL CITIZENS MASTER FUND, LTD., DISCOVERY GLOBAL FOCUS MASTER FUND, LTD., DISCOVERY GLOBAL MACRO MASTER FUND, LTD., and DISCOVERY GLOBAL OPPORTUNITY MASTER FUND, LTD.,<br><br>Plaintiffs,<br>v.<br><br>PRECISION CASTPARTS CORP., MARK DONEGAN, and SHAWN R. HAGEL,<br><br>Defendants. | Case No. 3:18-cv-01468-SB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Discovery Global Citizens Master Fund, Ltd., Discovery Global Focus Master Fund, Ltd., Discovery Global Macro Master Fund, Ltd., and Discovery Global Opportunity Master Fund, Ltd., hereby voluntarily dismiss all of their claims in this action without prejudice, with no fees or costs to any party.

DATED: September 6, 2022

FORUM LAW GROUP LLC

Scott F. Kocher, OSB 015088
scott@forumlawgroup.com
FORUM LAW GROUP LLC
811 Naito Parkway, Suite 420
Portland, OR 97204
Tel: (503) 445-2102/Fax: (503) 445-2120

Lawrence M. Rolnick
lrolnick@rksllp.com
Jarett Sena
jsena@rksllp.com
ROLNICK KRAMER SADIGHI LLP
1251 Avenue of the Americas
New York, NY 10020
Tel: 212-597-2838

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2022, a copy of the foregoing document was filed electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means as reflected on the Notice of Filing.

Scott F. Kocher, OSB 015088
scott@forumlawgroup.com

Attorneys for Plaintiffs